# DAVID K. BERTAN
**ATTORNEY AT LAW**
**41 EAST 11TH STREET, 11TH FLOOR**
**NEW YORK, NEW YORK 10003**

**(914) 841-3000**
**E-MAIL: DKB@DAVIDBERTAN.COM**

September 17, 2025

**Via ECF**

Hon. Jennifer L Rochon, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    USA v. Ryan Wear
       25-cr-365 (JLR)

Dear Judge Rochon:

Defense counsel shall indicate the position of the pretrial services officer.

Dated: September 17, 2025
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

      I am submitting this letter motion for a temporary bail modification allowing Mr. Wear to travel to Eugene, Oregon on September 23, 2025, returning home on September 24, 2025. Mr. Wear will be helping his son move into a college apartment. The Government has no objection to this request.

      Accordingly, I am respectfully requesting a temporary modification of Mr. Wear's bail conditions to allow him to travel to Eugene, Oregon on September 23, 2025, returning home on September 24, 2025.

      Thank you for your consideration in this matter.

Very truly yours,

David K. Bertan

DKB
cc: AUSAs Justin Rodriguez and Adam Hobson (via ECF)