**DAVID K. BERTAN**
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(914) 841-3000
E-MAIL: DKB@DAVIDBERTAN.COM

September 18, 2025

**Via ECF**

Hon. Jennifer L Rochon, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    USA v. Ryan Wear
             25-cr-365 (JLR)

> Letter Motion GRANTED.
>
> Dated: September 18, 2025
>       New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Dear Judge Rochon:

    Please accept this as a follow-up to my letter request yesterday. I consulted with Pre-Trial (SDNY and Washington), and they have no objection to the proposed travel.

    Accordingly, I am respectfully requesting a temporary modification of Mr. Wear's bail conditions to allow him to travel to Eugene, Oregon on September 23, 2025, returning home on September 24, 2025.

    Thank you for your consideration in this matter.

                            Very truly yours,

                            David K. Bertan

DKB
cc: AUSAs Justin Rodriguez and Adam Hobson (via ECF)