# DAVID K. BERTAN

**ATTORNEY AT LAW**
**41 EAST 11TH STREET, 11TH FLOOR**
**NEW YORK, NEW YORK 10003**

**(914) 841-3000**
**E-MAIL: DKB@DAVIDBERTAN.COM**

October 29, 2025

**<u>Via ECF</u>**

Hon. Jennifer L Rochon, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: USA v. Ryan Wear
     25-cr-365 (JLR)

Dear Judge Rochon:

  I am submitting this letter motion for a temporary bail modification allowing Mr. Wear to travel to Eugen, Oregon on Thursday, November 13, 2025, returning Saturday, November 15, 2025. This is for a visit to see his son in college: the visit was planned and reservations were booked and paid before he was charged in this case. Neither the Government nor Pre-Trial have any objection to this request.

  Thank you for your consideration in this matter.

      Very truly yours,

      David K. Bertan

DKB
cc: AUSAs Justin Rodriguez and Adam Hobson (via ECF)