# DAVID K. BERTAN
**ATTORNEY AT LAW**
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(914) 841-3000
E-MAIL: DKB@DAVIDBERTAN.COM

October 15, 2025

**Via ECF**

Hon. Jennifer L Rochon, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Letter Motion GRANTED.
>
> Dated: October 29, 2025
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

    Re:    USA v. Ryan Wear
                25-cr-365 (JLR)

Dear Judge Rochon:

     I am submitting this letter motion for a temporary bail modification allowing Mr. Wear to travel to Eugen, Oregon on Friday, October 17, 2025, for the day. He will be dropping off furniture for his son at college and will return the same day. Neither the Government nor Pre-Trial have any objection to this request.

     Thank you for your consideration in this matter.

                                Very truly yours,

                                David K. Bertan

DKB
cc: AUSAs Justin Rodriguez and Adam Hobson (via ECF)