Request GRANTED.

Dated: November 12, 2025
      New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

**DAVID K. BERTAN**
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(914) 841-3000
E-MAIL: DKB@DAVIDBERTAN.COM

November 12, 2025

**Via E-mail:**

Hon. Jennifer L Rochon, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    USA v. Ryan Wear
                25-cr-365 (JLR)

Dear Judge Rochon:

    I represent Mr. Wear in the above indictment pursuant to the Criminal Justice Act. Given the voluminous discovery in this matter, and the hours I've spent to date on this matter, I am respectfully requesting permission to file interim vouchers in this case.

    Thank you for your consideration in this matter.

                                      Very truly yours,

                                      David K. Bertan

DKB