Defendant's request in his letter filed at Dkt. 41 is GRANTED. Defendant may travel to Eugene, Oregon, tomorrow, as requested.

Dated: November 12, 2025
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

**DAVID K. BERTAN**
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(914) 841-3000
E-MAIL: DKB@DAVIDBERTAN.COM

November 12, 2025

**Via E-mail:**

Hon. Jennifer L Rochon, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    USA v. Ryan Wear
                 25-cr-365 (JLR)

Dear Judge Rochon:

      I am submitting this letter to clarify my recent bail request. On October 29, 2025, I submitted a request for a temporary bail modification allowing Mr. Wear to travel to Eugene, OR. Both the Government and Pre-Trial consented to the request. That letter was submitted as document 41 on the docket; a copy is attached. On October 29, 2025 the Court granted the temporary modification but endorsed a previous letter motion (document number 38) that requested a prior bail modification. I would like to clarify that Mr. Wear is permitted to travel tomorrow as originally requested.

      Thank you for your consideration in this matter.

                                    Very truly yours,

                                    David K. Bertan

DKB
cc: AUSAs Justin Rodriguez and Adam Hobson (via ECF)