# DAVID K. BERTAN
**ATTORNEY AT LAW**
**41 EAST 11TH STREET, 11TH FLOOR**
**NEW YORK, NEW YORK 10003**

**(914) 841-3000**
**E-MAIL: DKB@DAVIDBERTAN.COM**

December 10, 2025

**Via ECF**

Hon. Jennifer L Rochon, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

          Re:    USA v. Ryan Wear
                25-cr-365 (JLR)

Letter Motion GRANTED.

Dated: December 10, 2025
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Dear Judge Rochon:

      I am submitting this letter motion for a temporary bail modification allowing Mr. Wear to travel to Los Angeles, California on Thursday, December 11, 2025, returning Saturday, December 14, 2025. Mr. Wear would be flying into Ontario, CA, and will be staying in Riverside, CA. This trip is for a visit to consult on a potential acquisition of a bottling company: Mr. Wear will be working with the broker for the transaction and the seller.

      Neither the Government nor Pre-Trial have any objection to this request.

      Thank you for your consideration in this matter.

               Very truly yours,

               David K. Bertan

DKB
cc: AUSAs Justin Rodriguez and Adam Hobson (via ECF)