# DAVID K. BERTAN
**ATTORNEY AT LAW**
**41 EAST 11TH STREET, 11TH FLOOR**
**NEW YORK, NEW YORK 10003**

**(914) 841-3000**
**E-MAIL: DKB@DAVIDBERTAN.COM**

April 8, 2026

**Via ECF**

Hon. Jennifer L Rochon, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    USA v. Ryan Wear
             25-cr-365 (JLR)

Dear Judge Rochon:

    I am writing to request permission for Mr. Wear to appear remotely for the next status conference. That conference is scheduled for April 29, 2026 at 11 AM. Mr. Wear is currently unemployed, and cannot afford the cost of travel, between airfare, hotel costs (he is traveling from Washington State), and local transportation. Accordingly, I am requesting that he be permitted to appear remotely for the conference, either via telephone or video link. To date, Mr. Wear has been fully compliant with all bail conditions and directives from Pre-Trial Services.

    The Government does not object to this request.

    Thank you for your consideration in this matter.

Very truly yours,

David K. Bertan

DKB
cc: AUSAs Justin Rodriguez and Adam Hobson (via ECF)

Letter Motion GRANTED given that this is a status conference. Counsel will receive a Microsoft Teams video link at the email address on the docket. Wear must have a separate line of communication available for him to speak with counsel privately during the conference.

Dated: April 8, 2026
    New York, New York

**SO ORDERED.**

**JENNIFER L. ROCHON**
**United States District Judge**