UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RYAN WEAR,

Defendant.

Case No. 1:25-cr-00365 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

As discussed on the record on April 29, 2026, Defendant shall appear for a status conference on **July 22, 2026 at 11:30am**. Defendant shall present proposed trial dates at that conference.

Dated:  April 29, 2026
        New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge