# DAVID K. BERTAN
**ATTORNEY AT LAW**
**41 EAST 11TH STREET, 11TH FLOOR**
**NEW YORK, NEW YORK 10003**

**(914) 841-3000**
**E-MAIL: DKB@DAVIDBERTAN.COM**

Letter motion GRANTED. Bail conditions are modified
to remove the location monitoring condition.

Dated: May 28, 2026               **SO ORDERED.**
New York, New York                                      May 27, 2026

*Jennifer Rochon*

**Via ECF**            **JENNIFER L. ROCHON**
                       **United States District Judge**

Hon. Jennifer L Rochon, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    USA v. Ryan Wear
       25-cr-365 (JLR)

Dear Judge Rochon:

By this letter, I am seeking to modify Mr. Wear's bail conditions to remove the location monitoring condition.  Mr. Wear's current bail conditions include a $20,000,000 Personal Recognizance Bond, travel restrictions, surrender of travel documents, and GPS monitoring.

Mr. Wear has been living under those conditions since August of 2025.  He has been fully compliant with the restrictions and conditions imposed by Pre-Trial.  In fact, Pre-Trial has noted that Mr. Wear presents an appropriate case for removal of the location monitoring condition.  He has been on the lowest form of monitoring since being placed under supervision, and the remaining bail conditions are sufficient to mitigate any flight risk.  Accordingly, I am respectfully requesting that the condition requiring location monitoring be removed.

The Government has no objection to this request.  Thank you for your consideration in this matter.

Very truly yours,

David K. Bertan

DKB
cc: AUSAs Justin Rodriguez and Adam Hobson (via ECF)