**DAVID K. BERTAN**
**ATTORNEY AT LAW**
**41 EAST 11TH STREET, 11TH FLOOR**
**NEW YORK, NEW YORK 10003**

**(914) 841-3000**
**E-MAIL: DKB@DAVIDBERTAN.COM**

July 8, 2026

Letter Motion GRANTED.

Dated: July 8, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

**Via ECF**

Hon. Jennifer L Rochon, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: USA v. Ryan Wear
25-cr-365 (JLR)

Dear Judge Rochon:

I am writing to request permission for Mr. Wear to appear remotely for the next scheduling conference. That conference is scheduled for July 20, 2026 at 2:30 PM. Mr. Wear is still unemployed, and cannot afford the cost of travel, between airfare, hotel costs (he is traveling from Washington State), and local transportation. In addition, Mr. Wear is already appearing remotely in a related civil matter pending in New York County Supreme at noon that day. Accordingly, I am requesting that he be permitted to appear remotely for the conference, either via telephone or video link. To date, Mr. Wear has been fully compliant with all bail conditions and directives from Pre-Trial Services (Mr. Wear has already had the location monitoring requirement lifted at Probation's request).

The Government does not object to this request.

Thank you for your consideration in this matter.

Very truly yours,

David K. Bertan

DKB
cc: AUSAs Justin Rodriguez and Adam Hobson (via ECF)