UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>RYAN WEAR,<br><br>Defendant. | Case No. 1:25-cr-00365 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

As stated at the July 20, 2026 status conference, IT IS HEREBY ORDERED that a jury trial shall commence on Tuesday, **October 12, 2027**, at 9:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that Defendant shall make any substantive motions no later than **January 11, 2027**, the Government shall respond no later than **January 25, 2027**, and Defendant shall file any reply no later than **February 1, 2027**. All submissions shall comply with the Court's Individual Rules and Local Rules.

IT IS FURTHER ORDERED that the parties shall comply with the following schedule for pre-trial submissions:

| | |
|---|---|
| **August 2, 2027:** | The Government shall file any motions *in limine*, any Rule 404(b) notices, and its exhibit list and witness list.<br><br>In addition, the parties shall jointly file their proposed *voir dire*, requests to charge, and verdict form in accordance with the Court's Individual Rules. |
| **August 16, 2027:** | Defendant shall file responses to the Government's motion(s) and his own motions *in limine*, if any. |
| **August 23, 2027:** | The Government shall file a response to Defendant's motion(s) *in limine*, if any. |

There shall be no replies to any motions *in limine*. The parties shall otherwise comply with the Court's Individual Rule 6 regarding criminal cases.

Finally, IT IS FURTHER ORDERED that the parties shall appear for a final pre-trial conference on **October 4, 2027, at 10:00 a.m.** in the aforementioned courtroom.

Dated: July 20, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge